*In re* Conferencia Judicial de Puerto Rico.

*Número:* EC-95-7          *Resuelto:* 15 de agosto de 1995

## RESOLUCIÓN

Los trabajos de la Decimoctava Sesión Ordinaria de la Conferencia Judicial de Puerto Rico, convocada para el de 28 y 29 de septiembre de 1995, en el Hotel Condado Plaza, San Juan, Puerto Rico, se regirán por la agenda siguiente:

*Jueves, 28 de septiembre de 1995*
*Sesión de la mañana*

| | |
|---|---|
| 8:30 | Registro de participantes |
| 9:15 | Mensaje Hon. José A. Andréu García Juez Presidente |
| 10:00 | Apertura de los trabajos designados Lcda. Mercedes M. de Bauermeister, Secretaria de la Conferencia Judicial |

| | |
|---|---|
| 10:15 | Presentación del Informe de la Comisión Jurídica Especial que Investiga el Discrimen por Razón de Género en los Tribunales de Puerto Rico, Hon. Jeannette Ramos Buonomo, Presidenta de la Comisión |
| 12:00 | Almuerzo |

*Sesión de la tarde*

| | |
|---|---|
| 1:30 | Sesiones de discusión en grupo |
| 3:30 | Sesión plenaria |
| 5:00 | Resumen del día y presentación de la agenda del próximo día |

*Viernes, 29 de septiembre de 1995*
*Sesión de la mañana*

| | |
|---|---|
| 8:30 | Registro de participantes |
| 9:00 | Presentación de dramatización |
| 9:30 | Reacciones a la presentación |
| 10:30 | Discusión de las conclusiones y recomendaciones del informe |
| 12:00 | Almuerzo |

*Sesión de la tarde*

| | |
|---|---|
| 2:00 | Presentación del Informe del Comité Asesor de Asignación de Abogados de Oficio en Causas Criminales, Hon. Jorge Segarra Olivero, Presidente del Comité |
| 5:30 | Actividad social auspiciada por el Colegio de Abogados |

Las sesiones de trabajo y los procedimientos de la Conferencia Judicial se regirán por las reglas siguientes:

1. El Juez Presidente llamará al orden y declarará constituida, para comenzar sus trabajos, la Decimoctava Sesión Plenaria de la Conferencia Judicial de Puerto Rico.

2. El Tribunal designará Secretaria de la Conferencia Judicial a la Directora Administrativa de los Tribunales, Lcda. Mercedes Marrero de Bauermeister. La Directora Administrativa de los Tribunales, como Secretaria de la Conferencia Judicial, presentará la agenda de trabajo.

3. Conforme con la agenda aprobada, cada ponente hará una exposición del tema que le haya sido asignado, dentro del tiempo establecido.

4. Con el propósito de que los trabajos de la Conferencia se desarrollen con normalidad, sin dilaciones, distracciones ni interrupciones, los participantes deberán evitar las conversaciones dentro del salón y en sus alrededores inmediatos, así como las entradas y salidas del salón que no sean estrictamente necesarias.

5. Podrán participar en la discusión de los temas los jueces y otros miembros de la Conferencia Judicial. Los turnos, en la discusión de los temas presentados, serán consumidos primero en el orden que hayan sido solicitados al Secretariado de la Conferencia Judicial en sus oficinas

del Tribunal Supremo, y concedidos por éste con anticipación. La duración de los turnos será conforme con las circunstancias y con el propósito de que el mayor número de participantes pueda expresar su criterio.

6. El Juez Presidente o los miembros de la Conferencia, en quienes éste delegue, podrán declarar fuera de orden cualquier planteamiento que no forme parte de la agenda o que no sea pertinente a los temas de la Conferencia Judicial.

7. Las ideas expuestas por los ponentes y las sugerencias que formulen los miembros de la Conferencia Judicial en sus escritos y durante las discusiones plenarias, serán objeto de ulterior análisis por el Secretariado de la Conferencia Judicial, la Oficina de Administración de los Tribunales y el Tribunal Supremo.

8. El Secretario General y el Alguacil General del Tribunal Supremo, al igual que el personal del Secretariado de la Conferencia Judicial y el equipo de apoyo de la Comisión Judicial Especial para Investigar el Discrimen por Género en los Tribunales, auxiliarán al Tribunal Supremo y a la Secretaria de la Conferencia Judicial en la planificación y el desarrollo de todo lo referente a esta sesión plenaria.

*Publíquese.*

Lo acordó el Tribunal y certifica el Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*